### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **MARVIN ALEXANDER SARAT HILARIO,** | § § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CASE NO. 6:26-CV-00160-ADA-DNM** |
| **US Attorney General PAMELA BONDI; Secretary KRISTI NOEM; Acting Director TODD LYONS; Acting Field Dir. SYLVESTER M ORTEGA; WARDEN, Limestone County Detention Center,** | § § § § § § | |
| **Respondents.** | § § § | |

## ORDER FOR SERVICE

Petitioner Marvin Alexander Sarat Hilario challenges his custody through a Petition for a Writ of Habeas Corpus under United States Code Title 28, Section 2241. (Dkt. No. 1). His petition raises issues which require Respondents, through their counsel, to show cause as to why the Court should not grant the relief that Sarat Hilario seeks. 28 U.S.C. § 2243.

Accordingly, the Court **ORDERS** that the Clerk shall serve copies of the Petition and this Order upon the Respondents through their counsel, the United States Attorney for the Western District of Texas.

It is further **ORDERED** that the Respondents shall show cause within three days of the entry this Order.

**SIGNED** this 18th day of March, 2026.

DAN N. MACLEMORE
UNITED STATES MAGISTRATE JUDGE